IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| *In Re Subpoena to*<br>*Non-Party Preston J. Dugas* | Case No.:<br><br>Miscellaneous docket |

**MOTION TO QUASH SUBPOENA UPON WRITTEN QUESTIONS**
**TO NON-PARTY PRESTON DUGAS AND MOTION FOR PROTECTION**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Non-Party Preston J. Dugas III in his personal capacity and as registered agent of the Preston Dugas Law Firm, PLLC ("Mr. Dugas"), and files this his Motion to Quash Subpoena for a Written Deposition against Insurance Adjusters Group, LLC and William Cox ("IAG") and for Protection without waiving any rights.

In accordance with the Local Civil Rules for the Northern District of Texas, Mr. Dugas states he has satisfied Local Rule 7.1(d) in that his contentions of fact and law, and argument and authorities in favor of finding Mr. Dugas' Motion to Quash and Protection should be granted , as set forth in Mr. Dugas' Brief in Support of his Motion to Quash Subpoena Upon Written Questions to Non-Party Preston Dugas and Motion for Protection.

Mr. Dugas prays that IAG's Subpoena be quashed, or in the alternative that Mr. Dugas be granted protection from the Subpoena. Plaintiff seeks such other and further relief to which it may be justly entitled.

Respectfully submitted,

*/s/Preston J. Dugas III*
Preston J. Dugas III

## CERTIFICATE OF CONFERENCE

I hereby certify that have communicated with Catherine Keith attorney on behalf of Insurance Adjuster Group and William Cox. Ms. Keith had Mr. Dugas re-served with the Subpoena acknowledging the errors made in the first subpoena and Mr. Dugas has requested that the first subpoena be dropped but Ms. Keith has not responded to Mr. Dugas. Due to the deadline, Mr. Dugas has filed the motion. Thus, the Motion is presented to the Court for determination.

                                        */s/Preston J. Dugas III*
                                        Preston J. Dugas III

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2021, this Motion to Quash was filed with the Clerk of the Court using CM/ECF, and that all counsel of record are being served in accordance with the Federal Rules of Civil Procedure.

Darrell W. Cook
State Bar No. 00787279
dwcook@attorneycook.com
Catherine A. Keith
State Bar No. 24046193
catherine@attomeycook.com

**DARRELL W. COOK & ASSOCIATES, P.C.**
6688 North Central Expressway, Suite 1000
Dallas, Texas 75206
Tel: (214) 368-4686
Fax: (214) 593 -5713

**ATTORNEYS FOR DEFENDANTS**
**WILLIAM COX AND INSURANCE**
**ADJUSTERS GROUP, LLC**

                                        */s/Preston J. Dugas III*
                                        Preston J. Dugas III