# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| *In Re Subpoena to*<br>*Non-Party Preston J. Dugas* | Case No.:<br><br>Miscellaneous docket |

## ORDER GRANTING PRESTON DUGAS' MOTION TO QUASH SUBPOENA UPON WRITTEN QUESTIONS TO NON-PARTY PRESTON DUGAS AND MOTION FOR PROTECTION

On this day, the Court considered Preston J. Dugas III's Motion to Quash Subpoena Upon Written Questions to Non-Party Preston Dugas And Motion for Protection. Having considered the motion, the Court finds that the motion should be **Granted**.

**IT IS THEREFORE ORDERED** that Insurance Adjuster's Group and William Cox' Subpoena Upon Written Questions to Non-Party Preston Dugas, is Quashed.

SO ORDERED on this _____ day of _____, 2021

_____
UNITED STATES DISTRICT JUDGE