**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| *In Re Subpoena to*<br>*Non-Party Preston J. Dugas* | Case No.:<br><br>Miscellaneous docket |

**APPENDIX IN SUPPORT OF PRESTON DUGAS' MOTION TO QUASH SUBPOENA UPON WRITTEN QUESTIONS TO NON-PARTY PRESTON DUGAS AND MOTION FOR PROTECTION**

Non-Party Preston J. Dugas III ("Mr. Dugas"), files this, Appendix in Support of Preston Dugas' Motion to Quash Subpoena Upon Written Questions to Non-Party Preston Dugas and Motion For Protection.  In support thereof, pursuant to the Federal Rules of Civil Procedure, Mr. Dugas respectfully shows this Honorable Court as follows:

| Tab | Description | App. No. |
|---|---|---|
| A. | Notice and Subpoena for a Written Deposition. | 01-16 |
| B. | Affidavit of Preston J. Dugas III., dated December 7, 2021. | 17 |

Respectfully submitted,

*/s/Preston J. Dugas III*
Preston J. Dugas III


## CERTIFICATE OF CONFERENCE

I hereby certify that have communicated with Catherine Keith attorney on behalf of Insurance Adjuster Group and William Cox. Ms. Keith had Mr. Dugas re-served with the Subpoena acknowledging the errors made in the first subpoena and Mr. Dugas has requested that the first subpoena be dropped but Ms. Keith has not responded to Mr. Dugas. Due to the deadline, Mr. Dugas has filed the motion. Thus, the Motion is presented to the Court for determination.

*/s/Preston J. Dugas III*
Preston J. Dugas III


## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2021, this Appendix in support of Mr. Dugas' Motion to Quash was filed with the Clerk of the Court using CM/ECF, and that all counsel of record are being served in accordance with the Federal Rules of Civil Procedure.

Darrell W. Cook
State Bar No. 00787279
dwcook@attorneycook.com
Catherine A. Keith
State Bar No. 24046193
catherine@attomeycook.com

**DARRELL W. COOK & ASSOCIATES, P.C.**
6688 North Central Expressway, Suite 1000
Dallas, Texas 75206
Tel: (214) 368-4686
Fax: (214) 593 -5713

**ATTORNEYS FOR DEFENDANTS**
**WILLIAM COX AND INSURANCE**
**ADJUSTERS GROUP, LLC**

*/s/Preston J. Dugas III*
Preston J. Dugas III