IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| *In Re Subpoena to* <br> *Non-Party Preston J. Dugas* | Case No.: <br><br> Miscellaneous docket |

## AFFIDAVIT OF PRESTON J. DUGAS III

| | |
|---|---|
| STATE OF TEXAS | § <br> § |
| TARRANT COUNTY | § |

BEFORE ME, the undersigned authority, personally appeared, Preston J. Dugas III, who after being duly sworn, deposed and stated as follows:

1. My name is Preston J. Dugas. I am over the age of 21, and I am competent to make these statements. I have personal knowledge of all the facts stated herein, and they are true and correct.

2. I am the registered agent for the Preston Dugas Law Firm, PLLC.

3. I was not personally served with the Subpoena entitled Direct Questions to be Propounded to the Witness, Preston J. Dugas, III.

4. No registered agent of Preston Dugas Law Firm was served with the Subpoena entitled Direct Questions to be Propounded to the Witness, Preston J. Dugas, III.

5. I did not waive service or allow for another person to be served with the subpoena in my place or in place of the registered agent for Preston Dugas Law Firm, PLLC.

6. I first noticed the subpoena the afternoon of Tuesday, November 23, 2021; it having been left at my office.

Preston James Dugas III

SUBSCRIBED AND SWORN TO BEFORE ME on this __7th__ day of December 2021, to certify which witness my hand and seal of office.

Notary Public, State of Texas

ELLEN L. POTTS
My Notary ID # 124989058
Expires July 15, 2024