IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| *In re Subpoena to*<br>*Non-Party Preston J. Dugas* | § § § § § | CIVIL ACTION NO. 4:21-MC-0018-P |

### INSURANCE ADJUSTERS GROUP, LLC AND WILLIAM COX'S RESPONSE TO MOTION TO QUASH SUBPOENA UPON WRITTEN QUESTIONS TO NON-PARTY PRESTON DUGAS AND MOTION FOR PROTECTION

COME NOW Respondents INSURANCE ADJUSTERS GROUP, LLC and WILLIAM COX files this their Response to Preston Dugas' Motion to Quash Subpoena Upon Written Question to Non-Party Preston Dugas and Motion for Protection. In support of their Response, Respondents INSURANCE ADJUSTERS GROUP, LLC and WILLIAM COX file simultaneously their Brief in Support, Appendix and a proposed order.

WHEREFORE PREMISES CONSIDERED, Respondents INSURANCE ADJUSTERS GROUP, LLC and WILLIAMS COX respectfully request that this Court enter orders:

(a) Denying the *Motion Quash Subpoena upon Written Questions to Non-Party Preston Dugas and Motion for Protection* and overruling all objections therein; or

(b) In the alternative, abate this matter until such time as the issues may be conferred upon; and

(c) Granting Respondents such other and further relief, at law and in equity, as is just.

Dated: December 8, 2021.

                                     Respectfully submitted,

                                     DARRELL W. COOK & ASSOCIATES,
                                     A PROFESSIONAL CORPORATION

                                     /s/ Darrell W. Cook

                                     DARRELL W. COOK
                                     State Bar No. 00787279
                                     dwcook@attorneycook.com
                                     CATHERINE A. KEITH
                                     State Bar No. 24046193
                                     catherine@attorneycook.com
                                     6688 North Central Expressway, Suite 1000
                                     Dallas, TX 75206
                                     (214) 368-4686
                                     (214) 593-5713 Telecopy

                                     **ATTORNEYS FOR INSURANCE ADJUSTERS GROUP, LLC AND WILLIAM COX**

## CERTIFICATE OF SERVICE

      This is to certify that on this the 8th day of December 2021, I electronically filed the foregoing document with the U.S. District Court for the Northern District of Texas, using the court's electronic case filing system. The electronic filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented to accept the Notice of Electronic Filing as service of this document by electronic means. For those attorneys who have not consented to accept the Notice of Electronic Filing as service of this document by electronic means, I forwarded a true and correct copy of the above and foregoing document via certified mail, return receipt requested, in accordance with the FEDERAL RULES OF CIVIL PROCEDURE.

                                       /s/ Catherine A. Keith
                                       CATHERINE A. KEITH