# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| *In re Subpoena to* §<br>*Non-Party Preston J. Dugas* §<br>§<br>§<br>§ | **CIVIL ACTION NO. 4:21-MC-0018-P** |

## ORDER DENYING PRESTON J. DUGAS' MOTION TO QUASH SUBPOENA UPON WRITTEN QUESTIONS TO NON-PARTY PRESTON DUGAS AND MOTION FOR PROTECTION

Before the Court is the Motion to Quash Subpoena Upon Written Question to Non-Party Preston Dugas and Motion for Protection and Respondents INSURANCE ADJUSTERS GROUP, LLC and WILLIAM COX' Response. The Court is of the opinion that the Response is well-taken and the Motion should be DENIED.

It is therefore ORDERED that Non-Party Preston J. Dugas' *Motion Quash Subpoena upon Written Questions to Non-Party Preston Dugas and Motion for Protection* is DENIED.

SO ORDERED